Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 18−34680−ABA
          Chapter: 13
          Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark W Whilden Sr.
   1142 East Grant Avenue
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−8069

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/15/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 15, 2019
JAN: bc

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 18-34680-ABA
Mark W Whilden Sr.                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 2           Date Rcvd: Nov 15, 2019
                            Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db          +Mark W Whilden Sr.,    1142 East Grant Avenue,    Vineland, NJ 08361-7242
aty         +Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road, Suite 100,
              Mt. Laurel, NJ 08054-3437
cr          +THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW,   Phelan Hallinan & Schmieg, PC,
              1617 JFK Boulevard,   Suite 1400,    Philadelphia, PA 19103-1814
517926143    Phelan Hallinan Diamond and Jones,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437
517926144    South Jersey Gas,   PO Box 6091,    Bellmawr, NJ 08099-6091
518362621   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
518362622   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518040498   +THE BANK OF NEW YORK MELLON, ET.AL.,    Phelan Hallinan Diamond & Jones, PC,
              1617 JFK Boulevard,   Suite 1400,    Philadelphia, PA 19103-1814
518411859   +The Bank of New York Mellon, et al.,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
              Westmont, NJ 08108-2812
518047145    The Bank of New York Mellon, f/k/a The Bank of New,    Default Document Processing N9286-01Y,
              1000 Blue Gentian Road,    Eagan MN 55121-7700
517926145    The Capital One Financial Corporation,    1680 Capital One Dr,    McLean, VA 22102-3407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2019 00:22:54     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2019 00:22:53     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
lm           EDI: WFFC.COM Nov 16 2019 05:03:00     Wells Fargo Bank, NA,    MAC N9286-01Y,
              1000 Blue Gentian Road,    Eagan, MN 55121-7700
517949590    E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 16 2019 00:25:39
              CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
              Greenville, SC 29603-0368
517965397    EDI: CAPITALONE.COM Nov 16 2019 05:03:00     Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC 28272-1083
518047152    EDI: WFFC.COM Nov 16 2019 05:03:00     The Bank of New York Mellon,,
              C/O Wells Fargo Bank, N.A.,    Default Document Processing N9286-01Y,    1000 Blue Gentian Road,
              Eagan MN 55121-7700
517926146    EDI: WFFC.COM Nov 16 2019 05:03:00     Wells Fargo Home Mortgage,    PO Box 10335,
              Des Moines, IA 50306-0335
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518047148*  +The Bank of New York Mellon, f/k/a The Bank of New,    Default Document Processing,   N9286-01Y,
              1000 Blue Gentian Road,    Eagan MN 55121-1663
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon, et al ...
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Nov 15, 2019
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      Moshe   Rothenberg    on behalf of Debtor Mark W Whilden Sr. moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com
      Robert   Davidow    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                TOTAL: 6